```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10998
    STEVEN M STURTEVANT
    ROBIN S STURTEVANT                          CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

            Debtor
     SSN XXX-XX-9666    SSN XXX-XX-6438
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/20/07 and confirmed on 08/23/07.

     2.  The case was converted to Chapter 7 after confirmation, 12/11/2008.

     3.  The Debtor paid a total of $  23952.47 .

     4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO OPERATIONS C | SECURED | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| WORLD OMNI FINANCIAL COR | SECURED VEHIC | .00 | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 21917.97 | .00 | 4383.04 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3118.07 | .00 | 620.77 |
| CABELAS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 5933.06 | .00 | 1186.31 |
| CAPITAL ONE BANK | UNSECURED | 5595.11 | .00 | 1116.50 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 1654.96 | .00 | 304.82 |
| B REAL LLC | UNSECURED | 16493.30 | .00 | 3296.47 |
| B REAL LLC | UNSECURED | 9229.16 | .00 | 1844.05 |
| B REAL LLC | UNSECURED | 3706.38 | .00 | 739.94 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 18654.47 | .00 | 3719.64 |
| DISCOVER BANK | UNSECURED | 4034.18 | .00 | 805.41 |
| LINCOLNWAY DENTIST | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1928.95 | .00 | 385.03 |
| KOHLS | UNSECURED | 641.97 | .00 | 128.06 |
| WELLS FARCO FINANCIAL BA | UNSECURED | 3211.90 | .00 | 640.82 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO FINANCIAL IN | UNSECURED | 566.48 | .00 | 112.78 |
| WORLDS FOREMOST BANK | UNSECURED | 1442.80 | .00 | 286.88 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 98128.76 | .00 | 98128.76 |

```
PRINCIPAL PAID                  .00         .00    19570.52          .00     19570.52
INTEREST PAID                   .00         .00         .00          .00          .00
TOTAL PAID                      .00         .00    19570.52          .00     19570.52
```

The Debtor's attorney, JOSEPH P DOYLE                , was allowed $   3500.00
and was paid $     646.00   direct and $    2854.00   through the plan.

The Trustee received $    1270.87 .

Refunds to the Debtor totaled $     257.08 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/16/09                      /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE